**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Action No. 08-cv-02295-LTB

BSB-UCP, INC.,
formerly known as BSB LEASING, INC.,

    Plaintiff,

v.

RESERVATION CENTER, INC., a corporation; and
CARY GOLDBERG, individually,

    Defendants.
_____

## ORDER
_____

    THIS MATTER having come before the Court on the Stipulation for Dismissal With Prejudice (Doc 50 - filed July 29, 2009), and the Court being fully advised in the premises, it is therefore

    ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

                                 BY THE COURT:

                                 s/Lewis T. Babcock
                                 Lewis T. Babcock, Judge

DATED: July 30, 2009